UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOUGAMADOU BOUGARY SAIBOUDINE,<br><br>  Plaintiff,<br>v.<br><br>ABR INTERNATIONAL, INC. DBA VAIGAI RESTAURANT, ET AL.,<br><br>  Defendants. | Case No.: C 11-00213 PSG<br><br>**ORDER SETTING FURTHER STATUS CONFERENCE** |

On July 5, 2011, Plaintiff Mougamadou Bougary Saiboudine appeared for a status conference. Based on the discussions held at the conference, a further status conference shall be held on August 9, 2011 at 2PM.

IT IS SO ORDERED.

Dated: July 7, 2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER, *page 1*