UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MOUGAMADOU BOUGARY SAIBOUDINE, | ) ) ) | Case No.: C 11-00213 PSG |
| Plaintiff, | ) ) | **ORDER SETTING FURTHER STATUS CONFERENCE** |
| v. | ) ) | |
| ABR INTERNATIONAL, INC. DBA VAIGAI RESTAURANT, ET AL., | ) ) ) ) | |
| Defendants. | ) ) | |

On August 2, 2011, Plaintiff Mougamadou Bougary Saiboudine appeared for a status conference. Based on the discussions held at the conference, a further status conference shall be held on August 30, 2011 at 2PM.

IT IS SO ORDERED.

Dated: August 2, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*