STEVEN G. TIDRICK, SBN 224760
ANDREW L. YOUNKINS, SBN 267811
THE TIDRICK LAW FIRM
6114 La Salle Avenue #500
Oakland, California 94611
Telephone: (510) 788-5100
Facsimile: (510) 291-3226
E-mail: sgt@tidricklaw.com
E-mail: aly@tidricklaw.com

Attorneys for Plaintiff
MOUGAMADOU BOUGARY SAIBOUDINE

IT IS SO ORDERED
Judge Edward J. Davila
2/22/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUGAMADOU BOUGARY SAIBOUDINE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ABR INTERNATIONAL INC. d/b/a VAIGAI RESTAURANT, a California corporation; and DOES 1-20,<br><br>Defendants. | Civil Case Number: C 11-00213-EJD<br><br>**STIPULATION OF DISMISSAL** |

STIPULATION OF DISMISSAL

1  IT IS HEREBY STIPULATED by and between the parties to this action through their

2 designated counsel that the above-captioned action be and hereby is dismissed with prejudice

3 pursuant to FRCP 41(a)(1), each party to bear their own costs and attorneys' fees.

The Clerk shall close this file.

4 Dated: February 21, 2012                    THE TIDRICK LAW FIRM

5                                             /s/ Steven G. Tidrick, Esq.

6                                             _____
                                              STEVEN G. TIDRICK
                                              Attorneys for Plaintiff MOUGAMADOU
7                                             BOUGARY SAIBOUDINE

8

9 Dated: February 21, 2012                    ROPERS, MAJESKI, KOHN & BENTLEY

10                                            /s/ Elise R. Vasquez, Esq.

11                                            _____
                                              ELISE R. VASQUEZ
                                              Attorneys for Defendant ABR
12                                            INTERNATIONAL INC. d/b/a VAIGAI
                                              RESTAURANT

STIPULATION OF DISMISSAL