STEVEN G. TIDRICK, SBN 224760
ANDREW L. YOUNKINS, SBN 267811
THE TIDRICK LAW FIRM
6114 La Salle Avenue #500
Oakland, California  94611
Telephone:  (510) 788-5100
Facsimile:   (510) 291-3226
E-mail:       sgt@tidricklaw.com
E-mail:       aly@tidricklaw.com

Attorneys for Plaintiff
MOUGAMADOU BOUGARY SAIBOUDINE

**IT IS SO ORDERED**
Judge Edward J. Davila
2/22/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUGAMADOU BOUGARY SAIBOUDINE, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>ABR INTERNATIONAL INC. d/b/a VAIGAI RESTAURANT, a California corporation; and DOES 1-20,<br><br>    Defendants. | Civil Case Number: C 11-00213-EJD<br><br>**STIPULATION OF DISMISSAL** |

STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), each party to bear their own costs and attorneys' fees.

The Clerk shall close this file.

Dated:  February 21, 2012        THE TIDRICK LAW FIRM

/s/ Steven G. Tidrick, Esq.

_____
STEVEN G. TIDRICK
Attorneys for Plaintiff MOUGAMADOU BOUGARY SAIBOUDINE


Dated:  February 21, 2012        ROPERS, MAJESKI, KOHN & BENTLEY

/s/ Elise R. Vasquez, Esq.

_____
ELISE R. VASQUEZ
Attorneys for Defendant ABR INTERNATIONAL INC. d/b/a VAIGAI RESTAURANT

STIPULATION OF DISMISSAL